FILED

2012 MAY -7 PM 4: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RHONA L. BROWN,               )    CASE NO.  CV 12-03434 UA
                             )
            Plaintiff,        )
                             )    ORDER SUMMARILY REMANDING
      vs.                     )    IMPROPERLY-REMOVED ACTION
                             )
FIELDSTONE MORTGAGE COMPANY,  )
et al.,                       )
                             )
            Defendants.       )
_____)

      The Court will remand this unlawful foreclosure action to state court

summarily because Plaintiff removed it improperly.

      On April 20, 2012, Plaintiff Rhona L. Brown, having sued various defendants

in the Los Angeles County Superior Court in what appears to be an action challenging

foreclosure proceedings, lodged a Notice Of Removal of that action to this Court and also

presented an application to proceed *in forma pauperis*. The Court has denied the latter

application under separate cover because the action was not properly removed. To prevent

the action from remaining in jurisdictional limbo, the Court issues this Order to remand

the action to state court.

1     Simply stated, only a defendant may remove an action to federal court under

2  28 U.S.C. § 1441(a). Plaintiff chose to file her action in the Los Angeles County Superior

3  Court and may not now remove the action to this Court.

4

5     Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the

6  Superior Court of California, Los Angeles County, Central District, Stanley Mosk

7  Courthouse, 111 North Hill Street, Los Angeles, CA 90012, for improper removal

8  pursuant to 28 U.S.C. § 1441(a); (2) that the Clerk send a certified copy of this Order to

9  the state court; and (3) that the Clerk serve copies of this Order on the parties.

10

11     IT IS SO ORDERED.

12     DATED: 5/4/12

13

14

15     _____
       AUDREY B. COLLINS
16     CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28